**Clayton WALKER Plaintiff-Appellant**

v.

**Joseph HARMON, individual capacity; Black Hills Fugitive Task Force Defendants-Appellees**

**No. 16-3928**

United States Court of Appeals, Eighth Circuit.

Submitted: May 25, 2017

Filed: June 2, 2017

Clayton Walker, Pro Se

Kevin Koliner, Assistant U.S. Attorney, Camela Catherine Theeler, U.S. Attorney's Office, District of South Dakota, Sioux Falls, SD, for Defendants-Appellees

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Clayton Walker appeals following the district court's[1] dismissal of his pro se civil complaint. Having carefully reviewed the record and the parties' briefs, we find no error warranting reversal. We therefore

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

affirm the judgment entered in favor of defendants. See 8th Cir. R. 47B.